**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7864**

---

JAMES LAMONT JOHNSON,

                                        Plaintiff - Appellant,

        versus

P.T. SHARP, Magistrate Judge; PAUL A. WEINMAN,
Assistant United States Attorney,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
District Judge. (CA-03-810-1)

---

Submitted:  April 15, 2004          Decided:  April 20, 2004

---

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Lamont Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Lamont Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Johnson v. Sharp, No. CA-03-810-1 (M.D.N.C. Nov. 3, 2003). We deny Johnson's motions for an injunction, for a restraining order, and to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -